**FILED**

October 25, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ KG _____

DEPUTY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Midland Division

|  |  |
|---|---|
| Franklin C. Smith | Case No. 7:22-cv-227 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑Yes ☐No |
| -v-<br>Kilolo Kijakazi, Andrew M. Saul, Virginia Dept. of Corrections; Harold W. Clarke, And Judge William O'Brien As Proper Defendants. | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Franklin C. Smith

Address         905 W. Holland, Ave.

Alpine          TX,         79830-5600
*City*          *State*     *Zip Code*

County          Brewster

Telephone Number    (432)-294-4680

E-Mail Address      Esc4447761@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name            Kilolo Kijakazi

Job or Title *(if known)*    Acting or Full Time Commissioner

Address         6401 Security Boulevard

Baltimore       MD,         21235
*City*          *State*     *Zip Code*

County          Baltimore County

Telephone Number    (800)-772-1213

E-Mail Address *(if known)*    N/A

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name            Harold W. Clarke,

Job or Title *(if known)*    Director of V.D.O.C.

Address         6900 Atmore Dr.

Richmond        VA.         23225
*City*          *State*     *Zip Code*

County          Richmond

Telephone Number    (804)-674-3000

E-Mail Address *(if known)*    N/A.

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name — _William R. O'Brien_

Job or Title *(if known)* — _Former Retired Judge_

Address — _2425 Nimmo Pkwy,_

_Virginia Beach_     _VA._     _23456_
City              State        Zip Code

County — _Virginia Beach_

Telephone Number — _(754) 385-8817_

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name — _Tina E. Sinnen_

Job or Title *(if known)* — _Clerk_

Address — _2425 Nimmo Pkwy,_

_Virginia Beach_     _VA._     _23456_
City              State        Zip Code

County — _Virginia Beach_

Telephone Number — _(754)- 385-8817_

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? _Plaintiff herein was deprived of his First, Eighth, and Four-teenth Amendments/Supported by The Fourth Circuit Court of Appeals that he also stated a "Retaliation Claim" due to exercising his "Social Security Remedies", inter alia, such as Defendants Violating Strict Federal Statute: (sa u.s.c. 2512)._

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? _Because The Social Security Administration is both a "State & Federal Government Agency" it is in a unique position for Civil litigators to invoke Both State & Federal Jurisdiction, And the Americans with Disabilities Act of 1990 was Violated._

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendants in a concerted action had adopted an illegal Parole Statute contrary to Virginia Abolishing Parole in 1995, with a deliberate treasonous intent to place Plaintiff in "predictable consequences" of oppression and manipulation of the Social Security Act by wrongfully terminating his benefits while put in a house by Virginia Dept. of Corrections of which was shot at on Jan. 6th 2019).

**III.    (Statement of Claim)**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? In a concerted action [VDOC] Director: Harold W. Clarke, placed me at: 426 St. James Ave. Suffolk, VA. 23434. to cause psychological and physical harm, perhaps death, of "Gun Shots" at the Plaintiff's bedroom window passing over his face while lying down hitting the wall, robbing him, theft of his property, burglary, and so on.

B.    What date and approximate time did the events giving rise to your claim(s) occur? On or about (Nov. 19th, 2018) Plaintiff was unlawfully put on Parole and placed in a house that lodged several mentally challenged individuals infested with bed bugs, cock-roaches, lice, black mold, mice, cats, and possibly in the middle of the "Blood Brotherhood Informant System" complicit of shooting at Plaintiff's window on (January, 6th 2019)

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) Retired Judge, William B. O'Brien, Director: Harold W. Clarke, Clerk: Tina E. Sinner, Attorney; Kristin Paulding, among others, in the Social Security Administration in Virginia had manipulated the legal process unministerially to an end other than that it was designed to accomplish with a conscious commitment to a "corruptive scheme" to achieve an unlawful objective; whereas, Plaintiff's jury trial of a "crime of necessity" was indeed sabotaged with an improper treasonous motive to deprive him of all his guaranteed protected constitutional rights with a sadistic intent to abandoned our constitutional Establishment of illegally adopting a bogus Parole Statute that Virginia Abolished in 1995, so the defendants could create prolong cruel suffering and coordinate terroristic Acts upon Plaintiff via Blood Brotherhood Informant System in reprisal.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The Successor, Kilolo Kijakazi is liable of her predecessor, Andrew M. Saul pursuant to: Harlow versus Fitzgerald, 457 U.S. 800 (1982), which does not allow immunity protection or violators to evade punishment for their crimes.

Regardless, The Plaintiff is protected under greater and much stronger State & Federal laws pursuant to "The ADA of 1990", which "does not shield any Prosecutors or Judges from immunity."

So because those gun shots were being coordinated across our International Waters while Plaintiff was on the phone with [Kevin Stan Daley of IBM] who was in "Japan" it constituted "International Terrorism" allowing "The Central Intelligence Agency" complete and exclusive jurisdiction to destroy all those involved, especially The Blood Brotherhood Gang Informant System culpable of shooting at Plaintiff and complicit of the officers Victor Becker murder on [Oct. 26th 2010] and concealed for 12 yrs.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Because the defendants placed the Plaintiff on an Abolished Parole Statute to terminate his Social Security Disability Benefits so it would alleviate Plaintiff from having funds to relocate to a safer secured environment and so they could have control over the Plaintiff with a deadly intent to place and keep him in imminent and constant danger while "Playing Fast & Loose With The Thresholds of The Social Security Rules, Regulations and Laws".

And because, if the defendants did not coexist with each other then those gun shots, or Plaintiff being in those "Predictable Consequences" would of never existed, nor would of ever occurred.

Therefore, to avoid destruction or a civil uprising or the dismantlement of The Social Security Administration as inherently dangerous, manipulative, and destructive upon members of the German Race or in Plaintiff's case a member of The Irish Heritage and the fact supported by irrefutable prima facie evidence of utilizing The Predominantly Black Blood Brotherhood Informant System to target white folks while committing Terroristic Acts of Terrorism it is appropriate to invoke The Central Intelligence Agency to destroy all those involved. Supra.

Thus, Plaintiff feels and believes imprisonment of defendants, backpay of the benefits deprived and 2.4 octillion dollars to be awarded to the Plaintiff caused by the deliberate Terroristic Acts

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _October, 24th 2022_

Signature of Plaintiff    _Franklin C. Smith_

Printed Name of Plaintiff    _Franklin C. Smith_

### B.    For Attorneys

Date of signing:    _N/A_

Signature of Attorney    _N/A_

Printed Name of Attorney    _N/A_

Bar Number    _N/A_

Name of Law Firm    _N/A_

Address    _N/A_

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _N/A_

E-mail Address    _N/A_

MIDLAND / ODESSA
TX 797-2 L
24 OCT 2022 PM

ATTX:

Clerk,
United States, District Court
Western District of Texas
200 East Wall Street, Room-202
midland, Texas, 79701-5217.

SCREENED
BY OCSO
OCT 25 2022

RECEIVED

OCT 25 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

A9 Documentation Is very Essential protected
under Federal Criminal Statute (18 u.s.f 1512)